# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| SANDRA MANNO and MANNO ENTERPRISES, LLC, | § |
| | § No. 378, 2015 |
| | § |
| Defendants/Counterclaim Plaintiffs Below, | § |
| | § Court Below – Chancery Court |
| Appellants, | § of the State of Delaware |
| | § C.A. No. 6429 |
| v. | § |
| | § |
| CANCAN DEVELOPMENT, LLC, | § |
| ROBERT A. GRANIERI, | § |
| ROBERT J. GRANIERI and | § |
| GEORGE TOTH, | § |
| | § |
| | § |
| Plaintiffs/Counterclaim | § |
| Defendants Below, | § |
| Appellees. | § |

Submitted: January 27, 2016
Decided: January 28, 2016

BEFORE **HOLLAND**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 28th day of January 2016, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Chancery Court should be affirmed for the reasons stated in its May 27, 2015 opinion.

NOW, THEREFORE, IT IS HEREBY ORDERED that the final judgment of the Chancery Court is AFFIRMED.

BY THE COURT:

/s/ Randy J. Holland
Justice